# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09CR26-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MARK TAYLOR LEWIS ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's *pro se* Motion for Copy of Plea Agreement and for Clarification of Mandatory Sentencing. Mr. Taylor mailed such pleading directly to court chambers and did not certify that he had sent a copy to either his attorney or the government, making such an *ex parte* (meaning improper) communication with the court. Review of the docket reveals that Mr. Taylor is represented by counsel. In accordance with Local Criminal Rule 47.1(H), such request for judicial assistance by a represented party will be summarily denied.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Copy of Plea Agreement and for Clarification of Mandatory Sentencing (#209) is **DENIED**.

Signed: July 14, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge