# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09-cr-26-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARK TAYLOR LEWIS. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard and being heard, pursuant to a letter (#185) forwarded by the defendant to the Clerk of the United States District Court dated June 2, 2009. This letter was received and filed on June 18, 2009. The letter was considered by the undersigned as a request by the defendant that new counsel be substituted for the defendant. This matter came on for hearing before the undersigned on June 23, 2009 and after hearing from the defendant and his counsel in a sealed proceeding, the undersigned held the matter open for further hearing that took place on July 1, 2009. On July 1, 2009, the undersigned made inquiry of the defendant and the defendant stated that he wished to withdraw his request that new counsel be appointed and substituted for his attorney and further stated that he was happy with the representation of his counsel and he did not wish to be heard further in regard to this issue.

Based upon the representations of the defendant and his statements made in

open court, it appears that the defendant seeks to withdraw his request for appointment of new counsel and that such withdrawal will be allowed.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the letter (#185) dated June 2, 2009 and filed on June 18, 2009, which the undersigned has considered as a motion requesting substitution of counsel, is hereby **ALLOWED** TO BE WITHDRAWN and the defendant's present counsel, C. Dennis Gibson, shall continue to represent the defendant in this matter.

Signed: July 20, 2009

Dennis L. Howell
United States Magistrate Judge