**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:09-cr-26-7**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| MARK TAYLOR LEWIS. | ) | |
| | ) | |

**THIS CAUSE** came on to be heard and was heard before the undersigned on November 13, 2009, pursuant to a letter (#235) from the defendant which had been addressed to the undersigned and which had been filed on November 5, 2009. In the letter, the defendant made certain requests of the court regarding his "right to due process". At the call of this matter on for hearing, the defendant was present with his counsel, William E. Loose and the government was present through Assistant United States Attorney Tom Ascik. The undersigned made an inquiry of the defendant and Mr. Loose as to whether or not they had met and discussed the charges against the defendant and whether or not the defendant wished to be allowed to file a motion to request permission to withdraw his plea of guilty. Both the defendant and his counsel advised the court they had met and that further discussions between the defendant and his attorney were going to take place. Based upon the statements of the defendant and his attorney, the court enters the following Order.

# ORDER

IT IS, THEREFORE, **ORDERED** that:

1. If previous counsel for the defendant has not delivered to Mr. Loose a complete copy of all documents and discovery contained in previous counsel's file, Mr. Loose shall, on or before **November 23, 2009**, file a motion requesting that the court order defendant's previous counsel to produce those documents to Mr. Loose, and

2. The defendant shall be granted up to and including **December 7, 2009** to file any motion the defendant may wish to file regarding a request that the defendant be allowed to withdraw his plea of guilty in this matter.

Signed: November 24, 2009

Dennis L. Howell
United States Magistrate Judge